UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARMANE THURMAND | : | CIVIL NO. 3:18CV01140(JCH) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, SUSAN | : | |
| B. HERBST, MUN Y. CHOI, KENT | : | |
| HOLSINGER, SCOTT JORDAN, | : | |
| STEPHANIE REITZ, BRUCE GELSTON, | : | |
| KIMBERLY HILL, CAROL CARSON, | : | |
| THOMAS K. JONES, MARK E. | : | |
| WASIELEWSKI | : | |
| *Defendants* | : | OCTOBER 15, 2019 |

## JOINT STATUS REPORT

**Status of Pleadings**

On April 22nd, the Court granted in part and denied in part the Defendants' motion to dismiss (Doc. # 56).  That decision dismissed all claims against Defendant Kimberly Hill.

On April 29th, an Answer to the Complaint with Affirmative Defenses was filed by the remaining Defendants, by Mun Y. Choi, Bruce Gelston, Susan V. Herbst, Kent Holsinger, Scott Jordan, Stephanie Reitz, and the University of Connecticut.

On May 17th, the Plaintiff served Kimberly Hill with the original Complaint, returning that executed summons on May 24th. (Doc. # 61).

AAG Nancy A. Brouillet appeared on behalf of Defendant Hill in her individual capacity on June 6, 2019.  (Doc. # 62).  Also on June 6th, Defendant Hill filed a motion to dismiss with a memorandum of law.  (Doc. # 63).

On June 11th, Plaintiff filed a motion to amend the Complaint. (Doc. # 64) and her opposition to the Defendant Hill's motion to dismiss. (Doc. # 66).

On June 11th, Defendants filed a motion in opposition in part to the motion to amend the Complaint, opposing only the addition of claims against Hill that had been dismissed on April 22nd. (Doc. # 65).

Thus, the motion to amend the complaint and motion to dismiss by Defendant Hill are ripe for adjudication.

### Status of Discovery

Following a conference on June 11th, the Court extended the deadlines so that discovery is due by January 27, 2020 and the deadline for the dispositive motions is February 28, 2010.

UConn Defendants served Plaintiff with interrogatories and production requests to which she responded on January 10, 2019.  Plaintiff served requests for production upon all Defendants on December 7, 2018. Responses were initially due on January 6, 2019.  UConn Defendants' consent motion for extension of time to respond was granted, and the responses were provided on March 6, 2019.

Plaintiff's deposition has been noticed for December 12, 2019.

### Deadlines

It is anticipated that all discovery will be completed by the current deadline of January 27, 2020.

### Dispositive Motions

UConn Defendants may file a motion for summary judgment asserting various defenses raising, *inter alia*, qualified immunity. Defendants anticipate filing a motion for summary judgment on or before the current deadline of February 28, 2020.

Plaintiff anticipates filing a motion for summary judgment.

**Joint Trial Memorandum**

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed on or before the March 30, 2020, or 30 days after a ruling on any summary judgment motions, whichever is later.

**Trial Readiness**

The case will be ready for trial no sooner than 45 days after filing the joint trial memorandum.

    PLAINTIFF,

    CHARMANE D. THURMAND,

    By:____/s/_____
    James S. Brewer (ct07019)
    67 Russ Street
    Hartford, CT 06106
    Tel: (860) 217-0652
    jbreweratty@gmail.com


    UCONN DEFENDANTS,

    UNIVERSITY OF CONNECTICUT,
    SUSAN HERBST  MUN Y. CHOI, KENT
    HOLSINGER, SCOTT JORDAN ,
    STEPHANIE REITZ BRUCE GELSTON,
    and KIMBERLY HILL,

    WILLIAM TONG
    ATTORNEY GENERAL

By:    ___*Nancy A. Brouillet*
    Nancy A. Brouillet
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel.:  (860) 808-5340
    Fax:  (860) 808-5383
    Email:  Nancy.Brouillet@ct.gov
    Federal Bar # ct03138

## **CERTIFICATION**

I hereby certify that on October 15, 2019 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    *Nancy A. Brouillet*
                                          Nancy A. Brouillet (# ct03138)
                                          Assistant Attorney General